NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MODINE MANUFACTURING COMPANY,**
*Plaintiff-Appellant,*

**v.**

**BORGWARNER, INC.,**
*Defendant-Appellee.*

---

2014-1059

---

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 12-CV-00815, Judge J. P. Stadtmueller.

---

**JUDGMENT**

---

JONATHAN H. MARGOLIES, Michael Best & Friedrich LLP, of Milwaukee, Wisconsin, argued for plaintiff-appellant. With him on the brief was KATHERINE W. SCHILL. Of counsel on the brief was DENNIS J. ABDELNOUR, Kirkland & Ellis, LLP, of Chicago, Illinois. Of counsel was RACHEL N. FARRINGTON, Michael Best & Friedrich LLP, of Milwaukee, Wisconsin.

RICHARD W. HOFFMANN, Reising Ethington P.C., of Troy, Michigan, argued for defendant-appellee. With him

on the brief were MICHAEL J. DRUZINSKI, and E. COLIN CICOTTE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST,[*] *Chief Judge,* LOURIE and CLEVENGER, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 10, 2014</u>          /s/ Daniel E. O'Toole
Date              Daniel E. O'Toole
                   Clerk of Court

---

[*]  Sharon Prost assumed the position of Chief Judge on May 31, 2014.